UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 02-14041-Cr-Marra
        Plaintiff,

vs.

RICHARD UMILE,

        Defendant.
_____/

### ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the supervised release violation and the Magistrate Judge's Report and Recommendation (DE 36). After a *de novo* review of the Defendant's Motion, the Magistrate Judge's order and pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's report and recommendation is hereby **APPROVED AND ADOPTED.**

FURTHER, it is **ORDERED and ADJUDGED** that the sentencing hearing will be held on **January 5, 2007 at 2:00 p.m.** at U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of November 2006.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

Magistrate Judge James M. Hopkins
Rinku Talwar, AUSA
David Lamos, Esq.
U.S. Probation - Omar Borges